# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-333
Lower Tribunal No. 15-25693
_____

**Lawrence Shapiro,**
Appellant,

vs.

**Leyla Farajzadeh,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

Lawrence J. Shapiro & Associates, P.A., and Lawrence J. Shapiro, for appellant.

Richard A. Schurr, P.A., and Richard A. Schurr and Bonnie M. Sack, for appellee.

Before LOGUE, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed. See Rose v. Rose, 883 So. 2d 348, 349–50 (Fla. 3d DCA 2004) ("Trial courts have broad discretion in ordering the payment of temporary fees and costs based upon the parties' respective need and ability to pay. In the present case, we find no abuse of discretion in the trial court's well-reasoned order which requires the husband to pay the wife's temporary attorney's fees and costs in order to equalize the representation of the parties."); Sinclair v. Sinclair, 804 So. 2d 589, 592 (Fla. 2d DCA 2002) ("Our review reveals that there is competent, substantial evidence supporting the findings made by the trial court. The trial court is in the best position to weigh the evidence and to determine the credibility of the witnesses, and it is not for this court to re-weigh the evidence or to substitute its judgment for that of the trial court.").